**Exhibit A**

|  |  |
|---|---|
| BAYRON RUBEN GARCIA, |  |
| Plaintiff, |  |
| v. | Case No. 1:16-cv-02537 |
| BASS & TREBLE AUTOMOTIVE, INC., *et al.*, |  |
| Defendants. |  |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Bayron Ruben Garcia and Defendant Javid Iqbal[2] (collectively, "the Parties") hereby stipulate and agree to the dismissal of the above-captioned action with prejudice. The Parties further stipulate and agree that both Plaintiff and Defendant shall bear his or its own attorneys' fees and costs.

Dated: _January 2_, 2018

Respectfully submitted,

By: _MC Lombardo_
Mary Craine Lombardo
D.C. Bar No. 495881
mlombardo@steinsperling.com

Eduardo S. Garcia
D.C. Bar No. 1028040
egarcia@steinsperling.com

By: _____
Javid Iqbal
bassandtreble@aol.com

2040 West Virginia Avenue NE
Washington, DC 20002

*Defendant*

---

[2]     Defendant Bass & Treble Automotive, Inc. was dismissed from this case pursuant to this court's Order to Show Cause dated April 26, 2017.   ECF No. 5.

25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 - fax
*Attorneys for Plaintiff Bayron Ruben Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, I electronically filed the foregoing with the

Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of

record.

By: _MC Lombardo, Esq._
Mary Craine Lombardo